UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| FELIX ALBERTO ACUNA-CARMONA, | Case No. 24-cv-4372 (LMP/DJF) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| FCI SANDSTONE, Warden, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster, entered December 23, 2024.  ECF No. 6. The R&R recommends denial of Plaintiff Felix Alberto Acuna-Carmona's petition for a writ of habeas corpus (ECF No. 1) and dismissal of this matter for lack of standing.  *Id.*  To the extent that Acuna-Carmona might have standing to bring one claim, the R&R concludes that Acuna-Carmona's claim "would simply fail on the merits."  *Id.* at 4.  Neither party objects to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews it for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

The Court finds no error in the R&R.  In the absence of any objections, and based upon all the files, records, and proceedings in the above-captioned matter, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 6) is **ADOPTED IN FULL**;

2. Acuna-Carmona's Petition for a Writ of Habeas Corpus (ECF No. 1) is **DENIED**; and

3.     The above-captioned matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2025                             *s/Laura M. Provinzino*
                                                    Laura M. Provinzino
                                                    United States District Judge